UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTEN WILLIAM DEFRANG,

          Plaintiff,

   v.

JOHN DOE MEYER, *et al*.,

          Defendants.

CASE NO. C09-5757BHS

ORDER DENYING APPOINTMENT OF COUNSEL

    This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636 (b) (1) (A) and 636 (b) (1) (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

    Before the Court is Plaintiff's motion asking for appointment of counsel (Dkt. # 12). The underlying claim involves loss of personal property.

    There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court can request counsel to represent a party, 28 U.S.C. § 1915 (e) (1), the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both

ORDER - 1

| | |
|---|---|
| 1 | the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro |
| 2 | se in light of the complexity of the legal issues involved.  <u>Wilborn</u>, 789 F.2d at 1331. |
| 3 | Plaintiff has demonstrated an adequate ability to articulate his claims pro se (Dkt # 5) and |
| 4 | there has been no showing of exceptional circumstances.  The motion is DENIED. |
| 5 | The Clerk's Office is directed to remove Dkt. # 12 from the Court's calendar. |
| 6 | DATED this 5th day of March, 2010. |

the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.  <u>Wilborn</u>, 789 F.2d at 1331.

Plaintiff has demonstrated an adequate ability to articulate his claims pro se (Dkt # 5) and there has been no showing of exceptional circumstances.  The motion is DENIED.

The Clerk's Office is directed to remove Dkt. # 12 from the Court's calendar.

DATED this 5th day of March, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge