UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTEN WILLIAM DEFRANG,

    Plaintiff,

v.

JOHN DOE MEYER, *et al*.,

    Defendants.

CASE NO. C09-5757BHS

ORDER DENYING AN EXTENTION OF TIME

This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636 (b) (1) (A) and 636 (b) (1) (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

Before the Court is Plaintiff's motion asking for an extension of time to respond to a pending motion to dismiss (Dkt. # 15). The underlying claim involves loss of personal property.

Defendants oppose the motion and show plaintiff has copies of all documents needed to file a response (Dkt. # 17). The motion is DENIED. Plaintiff will be given two weeks to file a response. The motion to dismiss, (Dkt. # 14), is **re-noted for April 30, 2010**.

ORDER - 1

1 | The Clerk's Office is directed to remove Dkt. # 14 from the Court's calendar, re-note Dkt. # 15 for **April 30, 2010** and send plaintiff a copy of this order.

DATED this 8th day of April, 2010.

*J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2