# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUSTEN WILLIAM DeFRANG

v.

JOHN DOE MEYER, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5757BHS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

Defendants' motion to dismiss for failure to state a claim is **GRANTED**; and

Plaintiff's claims are **DISMISSED with prejudice**. Such dismissal counts as a strike against Plaintiff under 28 U.S.C. 1915(g).

| | |
|---|---|
| June 30, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *S/CM Gonzalez* |
| | Deputy Clerk |